NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY BERNARD TAYLOR, III,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D17-4551

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Andrea Flynn Mogensen of the Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, and Christina Z. Pacheco, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

LaROSE, C.J., LUCAS, J., and LENDERMAN, JOHN C., ASSOCIATE SENIOR JUDGE, Concur.